CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 12 2017

Sherri R. Carter, Executive Officer/Clerk
By: Moses Soto, Deputy

BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
Richard L. Stuhlbarg (SBN: 180631)
Lindsay G. Carlson (SBN: 235999)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No: 310/ 768-3068
Fax No: 310/ 719-1019

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF LOS ANGELES – STANLEY MOSK

| | |
|---|---|
| KARI EISENACHER and DAVID EISENACHER, <br><br> Plaintiffs, <br><br> vs. <br><br> BMW OF NORTH AMERICA, LLC; PAG SANTA ANA B1, Inc.; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: BC643272 <br><br> Assigned to: Hon. Ruth Ann Kwan <br> Department: 72 <br><br> **DEFENDANT BMW OF NORTH AMERICA LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** <br><br> Action Filed: December 8, 2016 <br> Trial: None |

Defendant BMW OF NORTH AMERICA, LLC ("BMW NA"), for itself alone and for no other parties, hereby answers Plaintiff Complaint as follows:

1. Under the provisions of §431.30(d) of the California Code of Civil Procedure, Defendant BMW NA, denies each and every allegation, both specifically and generally, of each cause of action contained in Plaintiff's Complaint on file herein and the whole thereof, and denies that Plaintiff was damaged in any sum or sums, or at all.

///
///
///

## FIRST AFFIRMATIVE DEFENSE
## (FAILURE TO STATE CAUSE OF ACTION)

2. Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action against BMW NA.

## SECOND AFFIRMATIVE DEFENSE
## (DURATION OF IMPLIED WARRANTY – NEW VEHICLE)

3. The implied warranty duration is only one year. Civil Code section 1791.1(c).

## THIRD AFFIRMATIVE DEFENSE
## (NO TIMELY REVOCATION OF ACCEPTANCE)

4. Plaintiff has no restitution remedy under breach of implied warranty because there was no timely revocation of acceptance after the alleged breach and before a substantial change in the condition of the goods.

## FOURTH AFFIRMATIVE DEFENSE
## (UNREASONABLE OR UNAUTHORIZED USE)

5. BMW NA is informed and believes that some of Plaintiff's concerns may have been caused by unreasonable or unauthorized use. Civil Code Section 1794.3.

## FIFTH AFFIRMATIVE DEFENSE
## (NEGLIGENCE AND IMPROPER MAINTENANCE OR OTHER EXCLUSION)

6. BMW NA is informed and believes, and on that basis alleges, that Plaintiff and/or others were negligent in their use of the subject vehicle and/ or improperly cared for and maintained the subject vehicle, therefore, some of Plaintiff's nonconformities were or should have been excluded from coverage. Specifically, BMW NA alleges that after appropriate discovery, one or more of the stated specific warranty exclusions may be applicable.

///
///
///

## SIXTH AFFIRMATIVE DEFENSE
## (CIVIL CODE SECTION 1793.2(b))

7. BMW NA is informed and believes, and on that basis alleges, to the extent Plaintiff alleges that BMW NA's authorized repair facilities took more than 30 days to commence or perform repairs, conditions beyond the manufacturer's control were responsible for any such delay.

## SEVENTH AFFIRMATIVE DEFENSE
## (CIVIL CODE SECTION 1795.6(b))

8. BMW NA is informed and believes, and on that basis alleges, to the extent Plaintiff alleges that post warranty repairs should have been covered under warranty, timely notice wasn't provided as required by Civil Code 1795.6(b).

## EIGHTH AFFIRMATIVE DEFENSE
## (CIVIL CODE SECTION 1793.2(a)(3))

9. BMW is informed and believes, and on that basis alleges, to the extent Plaintiff alleges that it made available sufficient service literature and replacement parts to effect repairs during the express warranty period.

## NINTH AFFIRMATIVE DEFENSE
## (GOOD FAITH EVALUATION)

10. BMW NA is informed and believes, and on that basis alleges, at all times, BMW NA'S evaluation of Plaintiff's repurchase request has been in good faith, consequently, Plaintiff has no claim for civil penalty for any alleged willful violation.

## TENTH AFFIRMATIVE DEFENSE
## (THIRD PARTY RESOLUTION)

11. BMW NA maintains a qualified third party dispute resolution process, which Plaintiff utilized. Consequently, Plaintiff has no claim for civil penalty for any alleged willful violation. Suman v. BMW of North America, Inc (1994) 23 Cal. App. 4th 1.

///
///

## ELEVENTH AFFIRMATIVE DEFENSE
## (ESTOPPEL, LACHES, LACK OF GOOD FAITH)

12. BMW is informed and believes some or all of Plaintiff's claims may be barred by estoppel, laches and/or lack of good faith.

## TWELFTH AFFIRMATIVE DEFENSE

13. BMW NA alleges that it may have additional affirmative defenses available to it of which it is not now fully aware. BMW NA reserves the right to assert affirmative defenses after the same shall have been ascertained.

WHEREFORE, Defendant BMW NA prays as follows:

1. For dismissal of Plaintiff's Complaint with prejudice;
2. For judgment in favor of Defendant BMW NA against Plaintiff.
3. For the costs of suit herein; and,
4. For such other and further relief as the Court may deem just and proper.

DATED: January 11, 2017                    BOWMAN AND BROOKE LLP

BY: /s/ Brian Takahashi
Brian Takahashi
Richard L. Stuhlbarg
Lindsay G. Carlson
Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

**PROOF OF SERVICE**
*CCP 1013A(3)*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 970 West 190th Street, Suite 700, Torrance, California 90502-1091.

On January 11, 2017, I served the foregoing document described as **DEFENDANT BMW OF NORTH AMERICA LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** on all interested parties in this action by placing ( ) the original (X) true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

(✓)   **BY MAIL (CCP §1013(a) and §2015.5):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

( )   **BY OVERNIGHT DELIVERY/NEXT DAY DELIVERY (CCP §1013(a) and §2015.5):** I sealed such document(s) in separate envelopes for each addressee and deposited each for collection and mailing via overnight mail/next day delivery in a box or other facility regularly maintained by the U.S. Postal Service or an express service carrier, or delivered to an authorized courier or driver authorized by the U.S. Postal Service or an express service carrier to receive documents, with delivery fees paid or provided for.

( )   **BY FACSIMILE (CRC 2.306 and §2015.5):** The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service/mailing list and the transmission(s) reported as complete and without error. The facsimile machine I used complied with the California Rules of Court, Rule 2.306(g), and no error was reported by the machine. Pursuant to CRC, Rule 2.306(g), I caused the facsimile machine to print a transmission(s) record, a true and correct copy of which is attached hereto.

( )   **BY ELECTRONIC SERVICE (CCP 1010.6.(b)(6):** Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the addressees persons at the electronic notification listed on the Service/Mailing List.

( )   **BY PERSONAL SERVICE (CCP §1011 and §2015.5):** I caused to be delivered such envelope by hand to the addressee.

Executed on January 11, 2017, at Torrance, California.

(X) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Lisa M. Sullivan*

## SERVICE/MAILING LIST
### Kari Eisenacher, et al. v. BMW of North America, LLC, et al.
Los Angeles County Superior Court Case No: BC643272

| | |
|---|---|
| Benjeman Beck, Esq.<br>Jared V. Walder, Esq.<br>STRATEGIC LEGAL PRACTICES, APC<br>1840 Century Park East, Suite 430<br>Los Angeles, California 90067 | Attorneys for Plaintiff<br><br>Tel:     310/ 929-4900<br>Fax:    310/ 943-3838<br>Email: bbeck@slpattorney.com<br>          jwalder@slpattorney.com |

17225760v1