NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KARI EISENACHER and DAVID EISENACHER, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC et al.<br><br>Defendants. | Case No.: 2:17-CV-00984 ODW(JCX)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER AND TO CONTINUE THE PRETRIAL AND TRIAL DATES<br><br>Judge: Otis D. Wright II<br>Magistrate Judge: Jacqueline Chooljian<br>Complaint Filed: December 8, 2016<br>Trial Date: February 19, 2019 |

Based on the Joint Motion of the Parties, and good cause appearing, IT IS ORDERED as follows:

1. The deadline to file pre-trial documents including: Proposed Pre-trial Conference Order, Memorandum of Contentions of Fact and Law, Joint Witness List, and Joint Exhibit List, Proposed Findings of Fact and Conclusions of Law; Joint Status Report re: Settlement shall be continued from January 21, 2019 to **March 25, 2019**;

2. The deadline to file Motions in Limine and the Final Pretrial Conference at 1:30 p.m. shall be continued from January 28, 2019 to **April 1, 2019**;

3. The deadline to file Oppositions to Motions in Limine shall be continued from February 4, 2019 to **April 8, 2019**;

4. The Hearing on Motions in Limine shall be continued from February 11, 2019 to **April 15, 2019, at 1:30 p.m.**;

5. The deadline to file Final Trial Exhibit Stipulation shall be continued from February 14, 2019 to **April 25, 2019**; and

6. The Trial shall be continued from February 19, 2019 to **April 30, 2019, at 9:00 a.m.**.

**All other dates and deadlines remain unchanged.**

**IT IS SO ORDERED.**

DATED: December 13, 2018              By: _____
                                          HON. OTIS D. WRIGHT II
                                          United States District Court Judge

2                    Case No: 2:17-cv-00984 ODW (JCx)
[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER AND TO CONTINUE THE PRETRIAL AND TRIAL DATES