# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KARI EISENACHER, et al.<br><br><div align="right">Plaintiff(s),</div><br>v.<br><br>BMW OF NORTH AMERICA, LLC, et al.<br><div align="right">Defendant(s).</div> | CASE NUMBER:<br><br>2:17–cv–00984–ODW–JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __4/8/2019__

Document Number(s):   __90__

Title of Document(s):   __Notice (Other) by plaintiff__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Errata

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _April 9, 2019_          By: _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

