```
 1  NICHOLAS NITA, Esq. [Bar No. 225194]
    nick@nitalawfirm.com
 2  NITA LAW FIRM
    3055 Wilshire Boulevard
 3  Suite 450
    Los Angeles, CA  90010
 4  (213) 232-5055
    (213) 402-8444 (FAX)
 5
    Attorneys for Plaintiff
 6  OK HEE KIM

 7  KATE S. LEHRMAN [Bar No. 123050]
    klehrman@lehrmanlawgroup.com
 8  DANIEL R. VILLEGAS [Bar No. 159935]
    dvillegas@lehrmanlawgroup.com
 9  BEHROUZ S. ARANI [Bar No. 304501]
    barani@lehrmanlawgroup.com
10  LEHRMAN LAW GROUP
    12121 Wilshire Boulevard
11  Suite 1300
    Los Angeles, CA  90025
12  (310) 917-4500
    (310) 917-5677 (FAX)
13
    Attorneys for Defendant
14  BMW OF NORTH AMERICA, LLC
15
16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA
18
19  OK HEE KIM, an individual,        ) Case No. 2:18-cv-03602 DSF (Ex)
                                      ) [Filed:  October 24, 2017]
20           Plaintiff,               ) [Removed:  April 27, 2018]
                                      )
21       v.                           ) Hon. Dale S. Fischer
                                      ) Courtroom 7D
22  BMW OF NORTH AMERICA, LLC, a      )
    Delaware Limited Liability Company;)
23  NEW CENTURY ALHAMBRA              )
    AUTOMOBILES, INC., a California   ) STIPULATION FOR DISMISSAL
24  Company d/b/a NEW CENTURY         )
    BMW; and DOES 1-20                )
25                                    )
             Defendants.               ) DISCOVERY CUT-OFF:  11/20/18
26                                    ) MOTION CUT-OFF:     02/11/19
                                      ) TRIAL DATE:         05/29/19
27  ///
28  ///
```

55.293.DRV - 00380127.DOC                   1                    2:18-cv-03602 DSF (Ex)

**STIPULATION FOR DISMISSAL**

1　　**IT IS HEREBY STIPULATED** by and between the parties to this action
2　and through their designated counsel that the above-captioned action be hereby
3　dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

4

5　Dated: April 23, 2019　　　　　　　　NITA LAW FIRM

6　　　　　　　　　　　　　　　　　　/s/ M. Nicholas Nita
7　　　　　　　　　　　　　　　　　　M. Nicholas Nita, Esq.
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
8　　　　　　　　　　　　　　　　　　OK HEE KIM

9

10　Dated: April 23, 2019　　　　　　　LEHRMAN LAW GROUP

11
　　　　　　　　　　　　　　　　　　　/s/ Behrouz S. Arani
12　　　　　　　　　　　　　　　　　　Behrouz S. Arani, Esq.
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
13　　　　　　　　　　　　　　　　　　BMW OF NORTH AMERICA, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28