JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KARI EISENACHER and DAVID EISENACHER, individuals, | Case No. 2:17-cv-00984-ODW (JCx) |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| v. | |
| BMW OF NORTH AMERICA, LLC, et al., | |
| Defendant. | |

In light of the Court's findings of fact and conclusions of law following the Bench Trial in this matter, it is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. Plaintiffs Kari Eisenacher and David Eisenacher shall take nothing;
2. Judgment for Defendants BMW of North America, LLC; and
3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

May 24, 2019

                                               **OTIS D. WRIGHT, II**
                                         **UNITED STATES DISTRICT JUDGE**